■ In the Matter of JADE YUN HON, Respondent, v TIN YAT CHIN, Appellant. [48 NYS3d 718]—Appeal by Tin Yat Chin from an order of the Family Court, Queens County (Dennis Lebwohl, J.), dated July 15, 2015. The order, insofar as appealed from, denied his motion to vacate an order of protection of that court dated February 21, 2014, which, after an inquest, and upon a finding that he committed family offenses within the meaning of Family Court Act § 812, directed him, inter alia, to stay away from the petitioner until February 20, 2016. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which she moves for leave to withdraw as counsel for the appellant.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

We are satisfied with the sufficiency of the brief filed by assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and we have also reviewed the appellant's pro se supplemental brief. Upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see id.*; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]). Rivera, J.P., Balkin, Chambers and Cohen, JJ., concur.